ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2020 OCT 21  AM 12:14

___ CITY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.  4:20-cr-290-O |
| ADOLPHUS QUIN PETTY (01) <br> ALPHONSE FISHER (02) <br> BARBARA JEAN MCCLAIN (03) | |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Dispense and Distribute, or Possess with Intent to Dispense and Distribute
a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown but no later than in or about April 2011, and continuing until on or about September 12, 2020, in the Fort Worth Division of the Northern District of Texas, and elsewhere, **Adolphus Quin Petty**, **Alphonse Fisher** and **Barbara Jean McClain,** the defendants herein, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation 21 U.S.C. §§ 841 (a)(l) and (b)(l)(C), namely to possess with intent to distribute and/or, unlawfully dispense and distribute, outside the scope of professional practice and not for a legitimate medical purpose, a mixture or substance containing a detectable amount of hydrocodone, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(l) and (b)(l)(C))

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1))

On or about September 24, 2019, in the Northern District of Texas, defendant **Adolphus Quin Petty**, knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, that is, a felony, did knowingly possess in and affecting interstate and foreign commerce the following firearms and ammunition: one (1) Smith and Wesson, Military & Police model 1905, 4th change version, .38 caliber revolver, bearing serial number 563865.

In violation of 18 U.S.C. § 922(g)(1).

Indictment - Page 2

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, **Adolphus Quin Petty** shall forfeit to the United States of America any firearm and ammunition involved in or used in the commission of the respective offense, including but not limited one (1) Smith and Wesson, Military & Police model 1905, 4th change version, .38 caliber revolver, bearing serial number 563865.

FOREPERSON

_[signature]_

A TRUE BILL

ERIN NEALY COX
UNITED STATES ATTORNEY

_[signature]_ for

LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ADOLPHUS QUIN PETTY (01)
ALPHONSE FISHER (02)
BARBARA JEAN MCCLAIN (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))
Conspiracy to Dispense and Distribute, or Possess with Intent to Dispense and Distribute a Controlled Substance
1 Count

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm
1 Count

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
FORFEITURE NOTICE

A true bill rendered

DALLAS                                                                                      FOREPERSON

Filed in open court this 20th day of October, 2020.

------------------------------------------------------------------------------------

**Defendant in (01) in Federal Custody since 09/24/2020; Defendant (02) in Federal Custody since 09/30/2020; Defendant (03) on Pretrial Release.**

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:20-MJ-611-BJ